UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY PRICE THOMAS,<br><br>    Plaintiff,<br><br>  v.<br><br>NANCY A. SHAFFER, et al.,<br><br>    Defendants. | Case No.  13-cv-04861-JST<br><br>**ORDER OF REFERRAL** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Susan Illston for consideration of whether the case is related to <u>Thomas v. Sonoma County</u>, No. 12-cv-5607-SI.

**IT IS SO ORDERED.**

Dated: December 18, 2013

_____
JON S. TIGAR
United States District Judge