**United States District Court**
For the Northern District of California

1

2

3

4

5                        IN THE UNITED STATES DISTRICT COURT

6                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    GARY PRICE THOMAS,                          No. C 13-4861 SI

9                    Plaintiff,                  **JUDGMENT**

10        v.

11   NANCY SHAFFER, *et al.*,

12                   Defendants.
                                              /
13

14         The Court dismissed plaintiff's claims against defendants without leave to amend.  Judgment

15   is entered against plaintiff and in favor of defendants.

16

17         **IT IS SO ORDERED AND ADJUDGED.**

18

19   Dated: February 3, 2014                    _____
                                                SUSAN ILLSTON
20                                              United States District Judge

21

22

23

24

25

26

27

28