IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GARY PRICE THOMAS,

    Plaintiff,

v.

NANCY SHAFFER, *et al.*,

    Defendants.
                             /

No. C 13-4861 SI

**ORDER REFERRING MOTION FOR RECUSAL**

On February 3, 2014, the Court dismissed the complaint and entered judgment against plaintiff. In an order filed May 9, 2014, the Court denied plaintiff's motion to set aside the judgment.

On July 16, 2014, plaintiff filed a motion to recuse the undersigned, and a motion to reinstate the complaint.

The Court hereby REFERS the motion for recusal to the Clerk of the Court for reassignment to another judge. The motion to set aside the judgment shall remain under submission until the motion for recusal has been resolved.

**IT IS SO ORDERED.**

Dated: July 24, 2014

                                                        SUSAN ILLSTON
                                                        United States District Judge