IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY PRICE THOMAS, | No. C 13-4861 SI |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S MOTION TO REINSTATE THE COMPLAINT** |
| v. | |
| NANCY SHAFFER, *et al.*, | **NO FURTHER FILINGS ACCEPTED IN THIS CLOSED CASE** |
| Defendants. | |

In an order filed February 3, 2014, the Court dismissed the complaint without leave to amend, and that same day entered judgment against plaintiff and in favor of defendants. The Court held that plaintiff's claims, which arose out of state court custody proceedings, were barred by the *Rooker-Feldman* doctrine and judicial and quasi-judicial immunity. Plaintiff did not file a notice of appeal.

On April 3, 2014, plaintiff filed a motion to set aside the judgment on the ground that "the judgment was taken against Plaintiff through misrepresentation of the Court." Docket No. 21 at 2. Plaintiff's motion asserted that the Court "misrepresented Plaintiff's motion for summary judgment filed on January 21, 2014," and also appeared to complain that the Court ruled on defendant's motion to dismiss the complaint without oral argument. The Court construed plaintiff's motion as a motion to set aside the judgment pursuant to Federal Rule of Civil Procedure 60(b), and denied that motion in an order filed May 9, 2014.

On July 16, 2014, plaintiff filed a motion to recuse the undersigned, and a motion to reinstate

the complaint. The Court referred the motion for recusal to the Clerk of the Court for reassignment to another judge, and in an order filed July 25, 2014, Judge Chen denied the motion for recusal.

Plaintiff's motion to reinstate the complaint states that plaintiff did not receive notice of the "termination" of the complaint. However, the docket contains a proof of service showing that the February 3, 2014 order and judgment were mailed to plaintiff. Further, plaintiff's motion to set aside the judgment did not state that plaintiff did not receive the February 3, 2014 order and judgment. The Court finds that plaintiff has not shown why this case should be reopened.

**Plaintiff is hereby informed that no further filings will be accepted in this closed case.**

This order resolves Docket No. 26.

**IT IS SO ORDERED.**

Dated: July 28, 2014

SUSAN ILLSTON
United States District Judge

2