UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GARY PRICE THOMAS,

    Plaintiff,

  v.

JERRY BROWN, et al.,

    Defendants.

Case No. 15-cv-00270-KAW

**SUA SPONTE REFERRAL FOR THE PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), this Court, sua sponte, refers the above-captioned case to Judge Susan Illston to consider whether it is related to *Thomas v. Shaffer*, C-13-04861-SI.

**IT IS SO ORDERED**.

Dated: 01/26/15

*Kandis Westmore*
KANDIS A. WESTMORE
United States Magistrate Judge